FILED
CLERK, U.S. DISTRICT COURT

MAR 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVALE BOOTH, | NO. CV 06-7393 GW (FMO) |
|     Petitioner, | |
| v. | **JUDGMENT** |
| L. E. SCRIBNER, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 24, 2008.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE